■ EMANUEL M. WEINREB et al., Appellants, v. WEBSTER BAGEL CO., INC., Respondent, et al., Defendants.— In an action by judgment creditors of the defendant M. & S. Bagels, Inc., in effect to declare their judgment liens to be prior and superior to the rights of the defendant Webster Bagel Co., Inc., a chattel mortgagee of said judgment debtor, with respect to the amount of a fire loss payable to the latter as the named insured under a certain fire insurance policy issued to it by the defendant insurance company, the plaintiffs appeal from a judgment of the Supreme Court, Kings County, entered December 1, 1964 upon the decision of a Special Referee after a nonjury trial before him, which: (a) declared plaintiffs' rights to be subject to the rights of the defendant Webster Bagel Co., Inc.; (b) declared that said defendant is entitled to the proceeds of the fire insurance loss, in the sum of $8,000, from the defendant insurance company; and (c) directed that defendant Webster Bagel Co., Inc., recover such sum with interest from the insurance company. Judgment affirmed, with $10 costs and disbursements to defendant Webster Bagel Co., Inc., payable by plaintiffs (see Cromwell v. Brooklyn Fire Ins. Co., 44 N. Y. 42, 47; Greenberg v. 1625 Putnam Ave. Corp., 241 App. Div. 623; Matter of Eisenberg v. Mercer Hicks Corp., 199 Misc. 52, 54). Ughetta, Acting P. J., Christ, Brennan, Hopkins and Benjamin, JJ., concur.

■ BELLE ZBAR et al., Appellants, v. LUCRECIA MALAGON, Also Known as LUCRECIA DE MALAGON, Respondent.— In an action to recover damages for personal injury and loss of services, plaintiffs appeal from an order of the Supreme Court, Queens County, entered December 28, 1964 upon reconsideration, which denied their motion for a general preference in trial pursuant to court rules. Order reversed, with $10 costs and disbursements; motion granted; and general preference in trial directed to be accorded to this action. Under the circumstances here presented, it was an improvident exercise of discretion to deny the preference. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.